## IN THE MATTER OF SELLES CASAS & COMPANY, Bankrupts.

San Juan, Bankruptcy, No. 522.

Opinion filed April 23, 1924.

*Mr. Hugh R. Francis* for certain objecting creditors.

*Mr. Harry F. Besosa* for Korber & Company, objecting creditor.

*Mr. Frank Antonsanti* for the bankrupts.

ODLIN, Judge, delivered the following opinion:

In this case the referee in bankrupty has recommended that this court confirm a composition offered by the bankrupts, which is to the effect that they will pay 35 per cent of all the scheduled debts, 15 per cent thereof to be paid on July 31, 1924, and 20 per cent thereof to be paid on July 31, 1925.

It is conceded that at a meeting of the creditors to consider this composition one of the important creditors, viz.: Korber & Company, of San Juan, with a claim of $6,340, expressed their oral approval of the proposed composition, but there was no signature, and there never has been any signature, of acceptance. Later Korber & Company changed their views and filed objections to the confirmation of the composition. The question arose as to whether or not the firm of Korber & Company

were estopped. After hearing argument of counsel, I came to the conclusion that Korber & Company were not estopped; inasmuch as they did not at the meeting accept the proposed composition in writing, they had a perfect right to change their views thereafter and file objections.

With regard to the creditors represented by Mr. Hugh R. Francis, their right to file objections to the proposed composition was not questioned; but there was a marked difference of opinion as to whether it was the duty of this court to adopt the report and recommendation of the referee or to reject the same.

It is conceded that the total amount of the provable claims against this bankrupt firm amounted to $80,513.06, and that the number of creditors with provable claims amounted to seventy-five. It is conceded that fifty-seven of these seventy-five creditors with provable claims amounting to $68,122.69 not only accepted in writing the said offer of composition, but it is also conceded that of the eighteen creditors whose names do not appear in writing, only four have filed objections.

It has already been stated that the claim of Korber & Company amounts to $6,340, and likewise it is conceded that the total claims represented by the three objecting creditors who have employed Mr. Hugh R. Francis as their attorney reach the sum of $3,313. It will thus be seen that the total claims of the four objecting creditors reach the sum of $9,653. There are fourteen creditors who proved their claims and have not accepted the composition in writing, but they have not filed any objection to this composition.

Therefore, under the rule that the composition ought not to be rejected by the court after recommendation by the referee unless the court feels satisfied that the proposed composition

384

will not be to the advantage of the creditors taken as a body, this court feels obliged to overrule the objections of these creditors now represented by counsel, after listening to the testimony presented by them; and therefore said objections are overruled, and the compromise is confirmed.

The counsel for the four objecting creditors have argued with earnestness and ability that this composition should not be confirmed and that it is not for the best interest of the creditors generally, but their arguments have failed to convince me; hence the approval by myself of the recommendation of the referee.

To this order and opinion counsel for the four objecting creditors except.

Done and Ordered in open court at San Juan, Porto Rico, this 23d day of April, 1924.